Certificate Number: 15111-PAW-DE-028443302

Bankruptcy Case Number: 11-27630



15111-PAW-DE-028443302

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2016, at 2:02 o'clock PM EST, Michael James Gedman completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 4, 2016                By:    /s/Ryan McDonough

                                        Name:  Ryan McDonough

                                        Title: Executive Director of Education