| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | MICHAEL J GEDMAN |
| Debtor 2 (Spouse, if filing) | MARIANNE GEDMAN |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 11-27630JAD |

# Form 4100N
## Notice of Final Cure Payment    10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:  Mortgage Information

**Name of creditor:** WELLS FARGO BANK NA

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 1 5 6 3

**Property Address:** 2000 CRISSMAN DRIVE
ALIQUIPPA PA 15001

### Part 2:  Cure Amount

**Total cure disbursments made by the trustee:**  **Amount**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 0.00 |

### Part 3:  Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment    $ $2,410.23

The next postpetition payment is due on   2 / 1 / 2017
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N   **Notice of Final Cure Payment**   page 1

| Debtor 1 | **MICHAEL J GEDMAN** | Case number *(if known)* | **11-27630JAD** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**x** /s/ Ronda J. Winnecour         Date  02/09/2017
Signature

Trustee    Ronda J. Winnecour

Address    CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566        Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **MICHAEL J GEDMAN** | | Case number *(if known)* **11-27630JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 04/24/2012 | 0793320 | WELLS FARGO HOME MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 3,679.01 |
| 05/29/2012 | 0797835 | WELLS FARGO HOME MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 2,470.43 |
| 06/27/2012 | 0802194 | WELLS FARGO HOME MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 2,470.09 |
| 07/27/2012 | 0806388 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,467.82 |
| 08/30/2012 | 0810753 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,467.83 |
| 09/25/2012 | 0814604 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,467.83 |
| 10/29/2012 | 0818850 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,464.19 |
| 11/27/2012 | 0822827 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,464.20 |
| 12/21/2012 | 0826929 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,464.21 |
| 01/29/2013 | 0831273 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,464.24 |
| 02/25/2013 | 0835342 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,464.27 |
| 03/26/2013 | 0839481 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,465.68 |
| 04/24/2013 | 0843616 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,492.70 |
| 05/23/2013 | 0847707 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,527.48 |
| 06/25/2013 | 0851927 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,581.35 |
| 07/25/2013 | 0856117 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,582.53 |
| 08/27/2013 | 0860274 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,582.58 |
| 09/26/2013 | 0864388 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,582.62 |
| 10/25/2013 | 0868483 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,566.69 |
| 11/22/2013 | 0872507 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,566.89 |
| 12/23/2013 | 0876527 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,566.95 |
| 01/28/2014 | 0880707 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,563.51 |
| 02/25/2014 | 0884720 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,563.28 |
| 03/25/2014 | 0888775 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,576.96 |
| 04/25/2014 | 0892960 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,615.79 |
| 05/28/2014 | 0897004 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,645.79 |
| 06/25/2014 | 0901081 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,668.16 |
| 07/24/2014 | 0905179 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,684.55 |
| 08/26/2014 | 0909229 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,758.37 |
| 09/29/2014 | 0913417 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,722.95 |
| 10/29/2014 | 0917369 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,721.41 |
| 11/24/2014 | 0922080 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,716.58 |
| 12/22/2014 | 0926082 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,713.01 |
| 01/27/2015 | 0930206 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,710.43 |
| 02/24/2015 | 0934230 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,708.50 |
| 03/26/2015 | 0938356 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,706.92 |
| 04/24/2015 | 0942515 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,705.49 |
| 05/26/2015 | 0946574 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 4,588.37 |
| 06/23/2015 | 0950465 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 07/28/2015 | 0954611 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 08/26/2015 | 0958619 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 09/28/2015 | 0962492 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 10/26/2015 | 0966553 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 11/24/2015 | 0970723 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 12/22/2015 | 0974665 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 01/26/2016 | 0978741 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 02/24/2016 | 0982644 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 03/28/2016 | 0986712 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 04/22/2016 | 0990865 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 05/24/2016 | 0994826 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 06/27/2016 | 1003593 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 07/26/2016 | 1007542 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 08/26/2016 | 1011605 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 09/27/2016 | 1015546 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 10/26/2016 | 1019010 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 11/21/2016 | 1022260 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| 12/21/2016 | 1025603 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,410.23 |
| | | | | **147,024.03** |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHAEL J GEDMAN
MARIANNE GEDMAN
2000 CRISSMAN DRIVE
ALIQUIPPA, PA  15001

EDGARDO D SANTILLAN ESQ
SANTILLAN LAW FIRM PC
775 FOURTH ST
BEAVER, PA  15009

WELLS FARGO BANK NA
ONE HOME CAMPUS
MAC# X2302-04C
DES MOINES, IA  50328

WELLS FARGO FINANCIAL PA INC**
ATTN BANKRUPTCY DEPARTMENT
PO BOX 10317
DES MOINES, IA  50306


2/9/17                                                        /s/ Renee Ward
                                                              Administrative Assistant
                                                              Office of the Chapter 13 Trustee