**Fill in this information to identify the case**

**Debtor 1** Michael J. Gedman

**Debtor 2** Marianne Gedman
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** __WESTERN__ District of __PENNSYLVANIA__
                                                                                  **(State)**
**Case number** 11-27630

# Form 4100R
## Response to Notice of Final Cure Payment                                   10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Wells Fargo Bank N.A.

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 1563

**Property address:** 2000 Crissman Drive
                     Number          Street

Aliquippa  PA  15001
City           State     Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:  04/04/2017
                                                             MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                           (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:                                      (b) $0.00

c. Total. Add lines a and b.                                                                          (c) $0.00

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    ___/___/_____
                                                                        MM/DD/YYYY

17-008040_SCS2

Debtor 1 ___Michael J. Gedman_____     Case number (if known) 11-27630_____
        First Name      Middle Name      Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Karina Velter_____     Date  March 1, 2017_____
   Signature

Print:       Karina Velter (94781)_____     Title  Attorneys for Creditor_____

Company   Manley Deas Kochalski LLC_____

Address    P.O. Box 165028_____
            Number      Street

            Columbus, OH  43216-5028_____
            City      State      ZIP Code

Contact phone  614-220-5611_____     Email  kvelter@manleydeas.com___

17-008040_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 11-27630** |
| **Michael J. Gedman** | : **Chapter 13** |
| **Marianne Gedman** | : **Judge Jeffery A. Deller** |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | |
| | |
| **Michael J. Gedman, Marianne Gedman, Ronda J. Winnecour** | : |
| | : **Related to Document No. 79** |
| **Respondent** | : |
| **v.** | : |
| | : |
| **Wells Fargo N.A.** | : |
| **Movant** | : |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __March 1, 2017__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and/or electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __March 1, 2017__

By: __/s/ Karina Velter__
Signature
__Karina Velter, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.
__94781__
List Bar I.D. and State of Admission

17-008040_SCS2

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Edgardo D. Santillan, Attorney for Debtor, Santillan Law Firm, P.C., 775 Fourth Street, Beaver, PA  15009 (notified by ecf)

Michael J. Gedman and Marianne Gedman, Debtor, 2000 Crissman Drive, Aliquippa, PA 15001 (notified by regular US Mail)

17-008040_SCS2