IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO 11-27630-JAD |
| | : | |
| MICHAEL J. GEDMAN | : | CHAPTER 13 |
| fdba A to Z CONCRETE | : | |
| MARIANNE GEDMAN | : | |
| | : | |
| DEBTORS | : | |
| VS. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
| RESPONDENT | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1.    The Debtors have made all payments required by the Chapter 13 Plan.

2.    Include whichever one of the two following statements applies:
      The Debtors are not required to pay any Domestic Support Obligations

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.    On December 5, 2016 at docket number 76 & 77, Debtors, Michael & Marianne Gedman complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

      This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: 3/27/2017_____

/s/ Edgardo D. Santillan
Edgardo D. Santillan Esquire
PA ID No. 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
eds@debtlaw.com

**PAWB Local Form 24 (07/13)**