# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    MICHAEL J GEDMAN
    MARIANNE GEDMAN
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:11-27630 JAD

Chapter 13

Document No.: 80

## ORDER OF COURT

AND NOW, this **28th** day of **March**, 20**17**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    sjk

Jeffery A. Deller

FILED
3/28/17 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 11-27630-JAD
Michael J Gedman                                                                                Chapter 13
Marianne Gedman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: amaz              Page 1 of 3              Date Rcvd: Mar 28, 2017
                             Form ID: pdf900        Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
```
db/jdb         +Michael J Gedman,    Marianne Gedman,    2000 Crissman Drive,    Aliquippa, PA 15001-1100
cr             +Bank of America, N.A., Successor by Merger to BAC,     2380 Performance Dr.,
                 Richardson, TX 75082-4333
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
cr             +Knickerbocker Russell Co., Inc.,   c/o McMullin Law Group, LLC,     564 Forbes Avenue, Suite 1007,
                 Pittsburgh, PA 15219-2903
cr              PNE Realty, LLC,    Talarico, Paladino & Berg,    2150 Koppers Building,    Pittsburgh, PA 15219
13372093       +Airport Contractors, Inc.,   c/o Joseph F. Butcher, Esquire,     Zimmer Kunz P.L.L.C.,
                 600 Grant Street, Suite 3300 US Steel To,    Pittsburgh, PA 15219-2702
13259745       +Bank Of America,    Attn: Bankruptcy NC4-105-0299,    Po Box 26012,    Greensboro, NC 27420-6012
13259746       +Bank Of America, N.a.,    450 American St,   Simi Valley, CA 93065-6285
13282954       +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13259762       +CAPITAL ONE NA,   c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas TX 75374-0933
13259752      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,   Kansas City, MO 64195)
13292864        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13259748       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13259751       +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
13259750       +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
13259753       +Citizens Bank,    1 Citizens Bank,    Riverside, RI 02915-3000
13259755       +Citizens Bank of Pennsylvania,    c/o Lamm Rubenstone, LLC,    3600 Horizon Blvd., Ste 200,
                 Feasterville Trevose, PA 19053-4945
13259756      #+David K. McMullin, Esq.,    Manor Complex, Suite 1007,    564 Forbes Ave,
                 Pittsburgh, PA 15219-2903
13282654       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13277154       +Dept of Labor & Industry-UCTS,    Commonwealth of PA,    Attn: Joe Kots,
                 625 Cherry Street, Room 203,    Reading, PA 19602-1152
13259757       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13259758       +George L. Wilson & Co.,    220 East General Robinson,    Pittsburgh, PA 15212-5891
13303418       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,   Columbus, OH 43219-6009
13259760        Joseph D. Talarico, Esq.,    Talarico & Berg,    436 Seventh Ave.,    2150 Koppers Bldg.,
                 Pittsburgh, PA 15219
13259761       +Knickerbocker Russel Company, Inc.,    c/o David K. McMullin Esq.,     564 Forbes Ave Ste 1007,
                 Pittsburgh PA 15219-2903
13267624       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13259763        Pennsylvania Dept. of Revenue,    Bureau of Individual Taxes,    P.O. Box 280431,
                 Harrisburg, PA 17128-0431
13259764       +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13259754       +RBS CITIZENS NA,    443 Jefferson Blvd.,   RJW 500,    Warwick, RI 02886-1321
13259766        United Refining Co. of Pennsylvania,    Kwik Fil,    P.O. Box 89460,    Cleveland, OH 44101-6460
13372029        WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,   LINCOLN, NE 68501-2609
13319514       +Wells Fargo Bank, N.A.,    PO Box 10317,   Des Moines, IA 50306-0317
13259767       +Wells Fargo Hm Mortgag,    Po Box 10335,   Des Moines, IA 50306-0335
13259768       +Wfb-ne  (Worlds Foremost Bank),    Po Box 82609,    Lincoln, NE 68501-2609
13259769       +Wine Concrete Products, Inc.,    1000 Big Sewickley Creek Road,    Sewickley, PA 15143-8689
13259770       +Woodlawn Oil Co., Inc.,    2260 Todd Road,    Aliquippa, PA 15001-8404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2017 02:03:25
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 29 2017 01:40:43
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13275112        E-mail/PDF: rmscedi@recoverycorp.com Mar 29 2017 01:40:24
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13341504       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 29 2017 01:44:23     Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13259759        E-mail/Text: cio.bncmail@irs.gov Mar 29 2017 01:43:23     Internal Revenue Service,
                 PO Box 628,   Pittsburgh, PA 15230
13518692       +E-mail/Text: bknotice@ncmllc.com Mar 29 2017 01:43:55     National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13297033       +E-mail/Text: bncmail@w-legal.com Mar 29 2017 01:43:56     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13567995        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2017 02:03:25
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13345341        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2017 01:47:35
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-2               User: amaz                  Page 2 of 3                   Date Rcvd: Mar 28, 2017
                                   Form ID: pdf900             Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13265096          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2017 01:43:38
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO box 280946,
                   Harrisburg PA 17128-0946
13270290          E-mail/PDF: rmscedi@recoverycorp.com Mar 29 2017 01:40:24
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
res              Airport Contractors, Inc.
cr               Bank of America, N.A., Successor by Merger to BAC
cr               Citizens Bank of Pennsylvania
cr               Commonwealth of PA Dept of Labor & Industry Unempl
cr               Duquesne Light Company
cr               J.P. Morgan Chase Bank, N.A.
cr               WELLS FARGO BANK, N.A.
cr*             +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
                  MEMPHIS, TN 38125-1741
cr*             +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
14174965*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                  Norfolk, VA 23541)
13259747        ##+Beaver Concrete & Gravel Co.,   P.O. Box 62,   Rochester, PA 15074-0062
13259749        ##+Castle Builders Supply, Inc.,   1409 Moravia Street,   New Castle, PA 16101-3968
13285605        ##+Citizens Bank of Pennsylvania,   c/o Brian H. Smith, Esquire,   Lamm Rubenstone LLC,
                   3600 Horizon Boulevard,   Suite 150,   Trevose, PA 19053-4949
14050321         ##Federal National Mortgage Association,   PO Box 2008,   Grand Rapids, MI 49501-2008
13259765        ##+PNE Realty, LLC,   544 Tower Lane,   Hookstown, PA 15050-1410
                                                                                TOTALS: 7, * 3, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   J.P. Morgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Aurelius P. Robleto    on behalf of Creditor   PNE Realty, LLC apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
              Brian H. Smith    on behalf of Creditor   Citizens Bank of Pennsylvania BHS@JSDC.COM
              CSU - OUCTS, PA Labor & Industry     ra-li-ucts-bankpitts@state.pa.us
              David K. McMullin    on behalf of Creditor   Knickerbocker Russell Co., Inc.
               dave@mcmullinlawgroup.com,   christina@mcmullinlawgroup.com
              Edgardo D. Santillan    on behalf of Joint Debtor Marianne  Gedman ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
```

```
District/off: 0315-2            User: amaz                  Page 3 of 3                   Date Rcvd: Mar 28, 2017
                                Form ID: pdf900             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Edgardo D. Santillan    on behalf of Debtor Michael J Gedman ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com

        James Warmbrodt    on behalf of Creditor    J.P. Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com

        James A. Prostko    on behalf of Joint Debtor Marianne Gedman pawb@fedphe.com, james.prostko@phelanhallinan.com

        James A. Prostko    on behalf of Debtor Michael J Gedman pawb@fedphe.com, james.prostko@phelanhallinan.com

        Jennifer M. Irvin    on behalf of Creditor    Commonwealth of PA Dept of Labor & Industry Unemployment Compensation Fund jeirvin@pa.gov, jeirvin@pa.gov

        Joseph F. Butcher    on behalf of Respondent    Airport Contractors, Inc. butcher@zklaw.com, czapko@zklaw.com

        Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        Sherri J. Braunstein    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP sbraunstein@udren.com, vbarber@udren.com

        Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP swinneg@udren.com, cblack@udren.com

        TOTAL: 18